IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 4:10-CR-482-IPJ-PWG |
| | ) |
| REMAREZ ANTWAN BAKER, | ) |
| JAMES LAVAN SHROPSHIRE, JR., | ) |
| JAMES JAHAD RAVENEL, | ) |
| CORY MORGAN | ) |
| and BRIAN JEROME LINDSEY | ) |

NOTICE OF APPEARANCE

Assistant U.S. Attorney Henry Cornelius will serve as additional counsel in this case.

Respectfully submitted this 22nd day of February 2011.

JOYCE WHITE VANCE
United States Attorney

/s/ Henry Cornelius
HENRY CORNELIUS
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

A copy of this pleading has been served on the defendant by electronically filing it with the Clerk of the Court via the CM/ECF system.

/s/ Henry Cornelius
HENRY CORNELIUS
Assistant United States Attorney
